427 A.2d 1187

In the Interest of Harden, minors.

Appeal of Lottie and Gertrude Harden, Allegheny Co.
Child Welfare Services (Participating party).

Submitted April 12, 1979. J. D. Golding, for appellants; Sarah C. McIntyre, for appellees; Alexander J. Jaffurs, County Solicitor, for participating party.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.*

Orders affirmed.